COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




EMILY BONDS FISHER,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-11-00031-CR



Appeal from the


County Criminal Court No. Seven

of Tarrant County, Texas


(TC# 1180731)


MEMORANDUM OPINION


 Pending before the Court is a motion to dismiss filed by Appellant pursuant to Texas Rule
of Appellate Procedure 42.2(a). The motion was signed by Appellant and her counsel and was filed
before our decision in the case. Further, Appellant filed a duplicate copy of the motion with this
Court and that copy has been forwarded to the trial court clerk. Because the motion complies with
the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


 GUADALUPE RIVERA, Justice

February 28, 2011


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)